UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SUPPORT OF: )<br>JASMIERE RA'JEAN MAYNOR-WILLIAMS )<br>)<br>SHANETTE DEVAE MAYNOR, )<br>)<br>        Petitioner, )<br>)<br>        v. )<br>)<br>DELL DEVLON WILLIAMS, JR., )<br>)<br>        Respondent. ) | CAUSE NO. 1:13-CV-137 RM |

OPINION AND ORDER

Dell Devlon Williams, Jr., a/k/a Dell Eli Delvon Williams Ali, a *pro se* party, tried to remove his child support case, 02C01-1102-RS-25, from the Allen Circuit Court without paying the filing fee. First, the removal is late. *See* 28 U.S.C. § 1446(a) (notice of removal must be filed within 30 days). Mr. Williams says he appeared in the Allen Circuit Court on November 7, 2012. ECF 1 at 4. Thus, his attempt to remove this case on April 29, 2013 is untimely. Moreover, "[a] civil action may only be removed where the district courts of the United States have original jurisdiction . . . ." 28 U.S.C. § 1441(a). Federal courts don't have jurisdiction over child support and other family law matters, not even diversity jurisdiction. *See* Hickey v. Duffy, 827 F.2d 234, 238-239 (7th Cir. 1987) ("[Q]uestions of family law should be settled in state court."). Thus, even had the notice of removal been timely filed, this case still could not have been properly removed.

For the foregoing reasons, this case is REMANDED to the Allen Circuit Court. The clerk is DIRECTED to send a copy of this order to the Allen Circuit Court and the Allen County Prosecuting Attorney.

SO ORDERED.

ENTERED: May  1 , 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court